IN THE SUPREME COURT OF TEXAS

 No. 09-0768

 IN RE LIFEGUARD BENEFIT SERVICES, INC. AND THE AMACORE GROUP, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed September 14, 2009,
is granted. The Order for Temporary Injunction, dated August 3, 2009, in
Cause No. 153-238622-09, styled Direct Medical Network Solutions, Inc. (A
Delaware Corporation), and Consumer Assistance Services Association (An
Illinois Not for Profit Association) v. Lifeguard Benefit Services, Inc. (A
Texas Corporation); and The Amacore Group, Inc. (A Delaware Corporation),
in the 153rd District Court of Tarrant County, Texas, is stayed pending
further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 14, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk